UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUMINTRIUS DAMOUR GUNN, | No. 2:21-cv-0409 AC P |
| Plaintiff, | |
| v. | ORDER |
| STANTON CORRECTIONAL FACILITY, et al., | |
| Defendants. | |

By order filed August 10, 2021, the complaint was screened and found to not state a claim for relief. ECF No. 8. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 6. The record reflects that after plaintiff filed a notice of change of address in another case, the screening order was re-served on plaintiff at his new address on October 6, 2021. Thirty days have now passed since the order was re-served and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff will be given one final opportunity to file an amended complaint.

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within twenty-one days of the service of this order. Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: November 29, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE